■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS SEVERINO, Appellant. [659 NYS2d 34] —Judgment, Supreme Court, New York County (Mary McGowan Davis, J.), rendered September 8, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5½ to 11 years, unanimously affirmed.

The trial court properly rejected defendant's request for a missing witness charge concerning two officers where the defense failed to meet the threshold requirement of establishing that the alleged witnesses were knowledgeable about a material issue in the case and could provide non-cumulative testimony (*see, People v Kitching*, 78 NY2d 532; *People v White*, 186 AD2d 503, *lv denied* 81 NY2d 796). Moreover, the defense failed to raise the matter as soon as practicable to allow the court to exercise its discretion and to permit the parties to tailor their strategies (*see, People v Gonzalez*, 68 NY2d 424, 428). We perceive no abuse of discretion in sentencing. Concur—Murphy, P. J., Milonas, Ellerin, Andrias and Colabella, JJ.

■ PARK HOLDING Co., Respondent, v SUSAN ROSEN, Appellant. [660 NYS2d 969] —Order, Appellate Term of the Supreme Court, First Department, entered September 30, 1996, which affirmed the judgment of Civil Court, New York County (Howard Malatzky, J.), entered January 16, 1996, unanimously reversed, on the law and the facts, without costs and disbursements, and the petition denied for the reasons stated by Helen Freedman, J., dissenting at said Appellate Term, except insofar as it addresses the primary residency issue, which we find unnecessary to reach. No opinion. Concur—Murphy, P. J., Milonas, Ellerin, Andrias and Colabella, JJ.